SMITH, next friend, *v.* TRAVELERS INSURANCE COMPANY.

BECK, P. J. This case is controlled by the ruling in *Northwestern Mutual Life Insurance Co.* v. *Dean*, 43 *Ga. App.* 67, which case was by certiorari brought to this court for review, where the judgment was affirmed. *Dean* v. *Northwestern Mutual Life Ins. Co.*, 175 *Ga.* 321 (165 S. E. 235).

*Judgment affirmed. All the Justices concur, except Russell, C. J., who dissents.*

No. 9268. SEPTEMBER 13, 1933. REHEARING DENIED SEPTEMBER 26, 1933.

*McClure, Hale & Head,* for plaintiff.

*Maddox, Matthews & Owens, Wright & Covington,* and *Rosser & Shaw,* for defendant.